

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES OF AMERICA

CRIMINAL NO. 2007 CTF 012497

vs.

ISSUED BY: JOHN RAMSEY JOHNSON

CHARLES YELVERTON

## BENCH WARRANT

May be served at any place within the jurisdiction of the United States
*Unless Specified Otherwise Below*

TO: The United States Marshal for the Superior Court of America or any other authorized federal officer or the Chief of Police for the District of Columbia.

GREETINGS; YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before this Court or other Court enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below.
( ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

---

BASIS FOR WARRANT AND DESCRIPTION OR CHARGES:

### FLEEING LAW ENFORCEMENT

### FAILURE TO APPEAR FOR STATUS HEARING IN COURTROOM 319

---

This Warrant is issued extraterritorially pursuant to D.C. Code § 23-1329(d) (1996)

*SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT-THIS SECTION VALID ONLY IF COMPLETED*

Extraterritorial Service of this Warrant is limited to: VIRGINIA AND MARYLAND

---

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court on this date 7/18/2008

BAIL FIXED BY THE COURT
AT: NO BOND

Superior Court of the District of Columbia
BY: _____
Judge/Magistrate Judge

| Date Received: | Return: This warrant was received and executed with the arrest of the above named person. |
|---|---|
| Date Executed: | Signature of Arresting Officer |

A TRUE COPY
TEST: 2/19/08
Clerk, Superior Court of the District of Columbia
By _____ Deputy Clerk

CASE: 2007 CTF 012497

HUNTERB 07/18/2008 2:44.39 PM

PAGE 2

CRIMINAL NO: 2007 CTF 012497

### U.S.C.A. § 18-3401 (1985 & Supp. 1998)

"For any offense against the United States, the offender may, by any justice or judge of the United States, or by any United States magistrate, or by any chancellor, judge of a supreme or superior court, chief or first judge of common pleas, mayor of a city, justice of the peace, or other magistrate, of any state where the offender may be found, and at the expense of the United States, be arrested or imprisoned or released as provided in Chapter 207 of this title, as the case may be, for trial before such court of the United States as by law has cognizance of the offense."

### D.C. Code Ann. § 23-563 (a)(1996)

"A warrant or summons for an offense punishable by imprisonment for more than one year issued by the Superior Court of the District of Columbia may be served at any place within the jurisdiction of the United States."

### D.C. Code Ann. § 23-563 (a)(1996)

"A person arrested outside the District of Columbia on a warrant issued by the Superior Court of the District of Columbia shall be taken before a judge, commissioner, or magistrate, and held to answer in the Superior Court pursuant to the Federal Rules of Criminal Procedure as if the warrant had been issued by the United States District Court for the District of Columbia."

### D.C. Code Ann. § 23-1329 (b)(1996)

"A warrant for the arrest of a person charged with violating a condition of release may be issued by a judicial officer and if such person is outside the District of Columbia, he shall be brought before a judicial officer in the district where he is arrested and shall then be transferred to the District of Columbia for proceedings in accordance with this section".

### D.C. Code Ann. § 23-1329 (d)(1996)

"Any warrant issued by a judge of the Superior Court for violation of release conditions or for contempt of court, for failure to appear as required, or pursuant to § 13-1322(d)(7), may be executed at any place within the jurisdiction of the United States. Such warrants shall be executed by a United States Marshal or by any other officer authorized by law."

### D.C. Code Ann. § 24-301 (i)(1996)

"When a person has been ordered confined in a hospital for the mentally ill pursuant to this section and has escaped from such hospital, the court which ordered confinement shall, upon request of the government, order the return of the escaped person to such hospital. The return order shall be effective throughout the United States. Any federal judicial officer within whose jurisdiction the escaped person shall be found, upon receipt of the return order issued by the committing court, cause such person to be apprehended and delivered up for return to such hospital."

| REASON FOR ISSUANCE OF WARRANT | IN VIOLATION OF |
|---|---|
| Failure to Appear Generally | D.C. CODE Ann. § 23-1327 (1996) |
| Failure to Appear- Witness | D.C. CODE Ann. § 23-1326 (1996) |
| Failure to Appear- Sentencing | D.C. CODE Ann. § 23-1327 (1996) |
| Failure to Appear- Extradition Hearing | D.C. CODE Ann. § 23-703 (1996) |
| Violation of Conditions of Release | D.C. CODE Ann. § 23-1321 (c) (1) (B) (i) (1996) |
| Escape from Jail | D.C. CODE Ann. § 22-2601 (1996) |
| Escape from Mental Hospital | D.C. CODE Ann. § 24-301 (d)(1) (1996) |

SUPERIOR COURT

OF THE

DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on 9, 2007

2007 OCT 17 P 5: 27

FILED

| | |
|---|---|
| THE DISTRICT OF COLUMBIA : | Criminal No: GJO (2007 CTF 012499) |
| v. : | Violation: |
| : | 50 D.C. Code, Section 2201.01 et seq.,; |
| CHARLES YELVERTON : | 50 D.C. Code, Section 2201.04; |
| PDID: 552-225 : | 50 D.C. Code, Section 1401.01(d) (2001 ed.); |
| : | (Fleeing a Law Enforcement Officer; Reckless Driving; No Permit) |

The Grand Jury charges:

FIRST COUNT:

On or about May 30, 2007, within the District of Columbia, Charles Yelverton, while operating a motor vehicle, did knowingly fail or refuse to bring that motor vehicle to an immediate stop, or did attempt to elude a law enforcement officer, following a law enforcement officer's signal to bring the motor vehicle to a stop and operated the motor vehicle in a manner that would constitute reckless driving. (Fleeing a Law Enforcement Officer, in violation of 50 D.C. Code, Section 2201.01 et seq.,)

BURGESSM 10/24/2007 3:34:11 PM

SECOND COUNT:

On or about May 30, 2007, within the District of Columbia, Charles Yelverton, did operate a motor vehicle upon a highway carelessly and heedlessly in willful and wanton disregard of the rights and safety of others or without the caution and circumspection and at a speed and a manner so as to endanger and be likely to endanger persons and property. (Reckless Driving, in violation of 50 D.C. Code, Section 2201.04 (2001 ed.))

THIRD COUNT:

On or about May 30, 2007, within the District of Columbia, Charles Yelverton, did operate a motor vehicle without having first obtained a permit so to do. (No Permit, in violation of 50 D.C. Code, Section 1401.01(d) (2001 ed.))

Linda Singer/RSG

LINDA SINGER
Attorney of and for
the District of Columbia

A TRUE BILL:

Deputy Foreperson